THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS MILES, Defendant-Appellant.

(No. 74-344;

Fifth District—April 18, 1975.

PER CURIAM.

JONES, P. J. and G. MORAN, J., took no part.

Thomas F. Sullivan, of State Appellate Defender's Office, of Mt. Vernon, for appellant.

Robert Howerton, State's Attorney, of Marion, for the People.